RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHEEMAH L. HASSAN<br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security<br><br>        Defendant | Case No.: 12-CV-5281 RS<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT OR REMAND. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file Plaintiff's Motion for Summary Judgment. Pursuant to Civil L.R. 16-1(e). Plaintiff's Motion is now due on April 29, 2013.

//

//

//

//

//

//

This is Plaintiff's first request.

1 | DATED:     3/25/2013              Richard Zieman /s/

2                                     RICHARD ZIEMAN
3                                     Attorney for Plaintiff

4

5

6 | DATED:     3/25/2013              Daniel B. Talbert /s/

7                                     DANIEL B. TALBERT,
8                                     Specialist Assistant U.S. Attorney

9

10

11

12 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

13

14

15 | DATED:  3/26/13

16                                    [signature]
17                                    RICHARD SEEBORG
                                      United States District Judge
18