1 RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
2 MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
3 Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
4 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHEEMAH L. HASSAN<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security<br><br>        Defendant | Case No.: 12-CV-5821 RS<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S CROSS MOTION AND BRIEF FILED IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND. |

      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 10 days in which to file Plaintiff's response to Defendant's cross motion and brief filed in response to Plaintiff's Motion for Summary Judgment.  Pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on Monday, June 17, 2013.

//

//

//

//

//

//

1

2  DATED:   6/5/2013            Richard Zieman /s/

3                               RICHARD ZIEMAN
                                Attorney for Plaintiff
4

5

6

7  DATED:   6/5/2013            Daniel P. Talbert /s/

8                               DANIEL P. TALBERT,
                                Specialist Assistant U.S. Attorney
9

10

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15

16  DATED:  6/5/13           _____

17                               RICHARD SEEBORG
                                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28