1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Email: Zieman@ssalawca.com
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHEEMAH L. HASSAN ) | Case No.: 12-CV-5821 RS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER EXTENDING |
| vs. ) | PLAINTIFF'S TIME TO RESPOND TO |
| ) | DEFENDANT'S CROSS MOTION AND |
| CAROLYN W. COLVIN, ) | BRIEF FILED IN RESPONSE TO |
| ) | PLAINTIFF'S MOTION FOR SUMMARY |
| Commissioner of Social Security ) | JUDGMENT OR REMAND. |
| ) | |
| Defendant ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 10 days in which to file Plaintiff's response to Defendant's cross motion and brief filed in response to Plaintiff's Motion for Summary Judgment. Pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on Monday, June 17, 2013.

//
//
//
//
//
//

DATED: 6/5/2013         Richard Zieman /s/
                        RICHARD ZIEMAN
                        Attorney for Plaintiff


DATED: 6/5/2013         Daniel P. Talbert /s/
                        DANIEL P. TALBERT,
                        Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: 6/5/13           _____
                        RICHARD SEEBORG
                        United States District Judge