IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NAEEMAH L. HASSAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 12-5821 RS

**ORDER TO FILE STATUS REPORT**

This is an action seeking judicial review of a determination of the Commissioner of Social Security. After obtaining an extension of time to respond to the Commissioner's cross-motion for summary judgment, plaintiff failed to file such a response or take any other action in this matter. It therefore appears plaintiff may have abandoned the challenge to the Commissioner's decision. Accordingly, within one week of the date of this order, plaintiff shall either (1) dismiss the action, (2) file a response to the cross-motion, which shall include an explanation as to why the response was not timely filed, or (2) file a statement that plaintiff elects to submit the matter on the existing briefing.

IT IS SO ORDERED.

Dated: 3/31/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE