RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NAEEMAH L. HASSAN | ) Case No.: 12-05821-RS |
|  | ) |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
|  | ) |
| vs. | ) |
|  | ) |
| CAROLYN W. COLVIN, | ) |
|  | ) |
| Commissioner of Social Security | ) |
|  | ) |
| Defendant |  |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED AND TEN DOLLARS AND 00/100 ($2,610.00).

DATED:   6/12/15

_____
RICHARD SEEBORG
United States District Judge